**Carla Louise LYONS, Plaintiff-Appellant,**

v.

**Nancy BERRYHILL, Defendant-Appellee.**

**No. 15-17322**

United States Court of Appeals, Ninth Circuit.

Submitted on the Briefs June 12, 2017 *
San Francisco, California

Filed June 30, 2017

Mark Ross Caldwell, Mark Caldwell, P.C., Phoenix, AZ, for Plaintiff-Appellant

Jordan Dylan Goddard, Esquire, Assistant Regional Counsel, Michael Reid Tunick, Assistant Regional Counsel, SSA—Social Security Administration, Office of the General Counsel, Seattle, WA, for Defendant-Appellee

Before: SCHROEDER and N.R. SMITH, Circuit Judges, and PIERSOL,** District Judge.

---

** The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.

MEMORANDUM ***

Carla Lyons ("Lyons") appeals from the district court's decision remanding for further proceedings in Lyons' action for disability insurance benefits under Title II of the Social Security Act. We review the district court's decision to remand for further proceedings for abuse of discretion, *Treichler v. Comm'r of Soc. Sec. Admin.*, 775 F.3d 1090, 1098 (9th Cir. 2014), and we affirm.

The Administrative Law Judge ("ALJ") denied Lyons disability insurance benefits upon concluding, at step two of the five-step sequential evaluation process, that Lyons' impairments were non-severe. The ALJ did not develop the record regarding steps three, four, and five. Given the lack of analysis beyond step two, we affirm the district court's decision to remand to the ALJ for further administrative proceedings.

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).